IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY NYLANDER      PLAINTIFF

v.      No. 4:23-cv-959-DPM

ROADRUNNER TRANSPORTATION
SERVICES, INC., and ALONZO
BELLAMY      DEFENDANTS

## JUDGMENT

Nylander's complaint is dismissed with prejudice. The Court retains jurisdiction until 7 July 2025 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2025